IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SEAN NETTLES : | |
| (Fed. Reg. #10622-003) | |
| : | |
| Plaintiff, | |
| : | |
| vs. | CIVIL ACTION 10-00504-CG-N |
| : | |
| SAM COCHRAN, et al., | |
| : | |
| Defendants. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 7th day of February, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE