IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SEAN NETTLES             :
(Fed. Reg. #10622-003)
                         :
    Plaintiff,
                         :
vs.                          CIVIL ACTION 10-00504-CG-N
                         :
SAM COCHRAN, et al.,
                         :
    Defendants.

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 7th day of February, 2012.

                                            /s/  Callie V. S. Granade
                                            UNITED STATES DISTRICT JUDGE